UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| ELAINE M. GRATZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5: 18-037-DCR |
| ) | |
| V. ) | |
| ) | |
| HARTFORD LIFE & ACCIDENT ) | **ORDER** |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a Joint Stipulation of Dismissal, with Prejudice [Record No. 19], it is hereby

**ORDERED** as follows:

1. The claims asserted in this action are **DISMISSED**, with prejudice, and this action is **DISMISSED** and **STRICKEN** from the docket as settled.

2. The parties shall bear their respective costs, attorney fees and expenses.

3. The deadlines contained in the Scheduling Order filed March 28, 2018 [Record No. 16] are **VACATED** and **SET ASIDE**.



Signed By:
*Danny C. Reeves* DCR
United States District Judge